

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 MAR 31  A 10: 26

CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**INDICTMENT FOR DELAY AND THEFT OF U.S. MAIL BY POSTAL SERVICE EMPLOYEE**

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 23-56 |
| v. | * | SECTION: SECT. L MAG. 2 |
| DAZMON DYER | * | VIOLATIONS: 18 U.S.C. § 1703 |
| | * | 18 U.S.C. § 1709 |

\* \* \*

The Grand Jury charges that:

### COUNT 1

Between on or about June 17, 2022 and July 27, 2022, in the Eastern District of Louisiana, the defendant, **DAZMON DYER**, while an employee of the United States Postal Service, did unlawfully secrete, detain, delay, and open mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service, and forwarded through and delivered from any post office or station thereof established by authority of the Postmaster General or the Postal Service, in violation of Title 18, United States Code, Section 1703(a).

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

## COUNT 2

On or about July 27, 2022, in the Eastern District of Louisiana, the defendant, **DAZMON DYER**, while an employee of the United States Postal Service, did knowingly steal, abstract, and remove cash from a greeting card addressed to M.L. which had come into the defendant's possession intended to be conveyed by mail and delivered by a person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

DUANE A. EVANS
UNITED STATES ATTORNEY



TROY L. BELL
Assistant United States Attorney
Louisiana Bar Roll No. 37424


New Orleans, Louisiana
March 31, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT
_Eastern_ District of _Louisiana_
_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

**DAZMON DYER**

# INDICTMENT

### INDICTMENT FOR DELAY OR DESTRUCTION OF MAIL AND THEFT OF MAIL BY POSTAL SERVICE EMPLOYEE

VIOLATIONS: Title 18, U.S.C., Section 1703(a)
Title 18, U.S.C., Section 1709

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_[signature]_
**TROY L. BELL**
Assistant United States Attorney